IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cr-04094-rk |
| | ) | |
| RICHARD LOUIS RENNO, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Comes now Cornell Farrow Healea, LLC, by and through Shane L. Farrow, and hereby enter their appearance as counsel in the above matter on behalf of Richard L. Renno, Defendant in the above-captioned case.

Respectfully submitted,

/s/ Shane L. Farrow
Shane L. Farrow #44368
Cornell Farrow Healea, LLC
1739 Elm Court, Suite 103
Jefferson City, MO 65101
Telephone: (573) 556-6606
shane@bcf-law.com

Counsel for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was delivered on the 26th day of October, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ Shane L. Farrow
Shane L. Farrow